IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01867-BNB

OLOYEA D. WALLIN, a.k.a. DONALD OLOYEA WALLIN, a.k.a. OLOYEA WALLIN,

    Applicant,

v.

MICHAEL MILLER, Warden of Crowley County Correctional Facility,[1]

    Respondent.

---

ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

Applicant has filed a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and a Request to Proceed In Forma Pauperis. The Request will be granted. Accordingly, it is

ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, ECF No. 3, is granted. It is

FURTHER ORDERED that Michael Miller is substituted as the properly named Respondent in this action. It is

FURTHER ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, ECF No. 11, is denied as moot. It is

---

[1] Because the law is well-established that the only proper respondent to a habeas corpus action is the applicant's custodian, *see* 28 U.S.C. § 2242; Rules 2(a) and 1(b), Rules Governing Section 2254 Cases in the United States District Courts; and *Harris v. Champion*, 51 F.3d 901, 906 (10th Cir. 1995), the caption of this Order substitutes Michael Miller, who Mr. Wallin names in Case No. 13-cv-01868-BNB as the respondent and warden of the facility where he is housed.

FURTHER ORDERED that the Motion to Correct Caption and Respondents, ECF No. 10, is denied as unnecessary.

DATED August 23, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge