IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01867-BNB

OLOYEA D. WALLIN, a.k.a. DONALD OLOYEA, a.k.a. OLOYEA WALLIN,

    Applicant,

v.

MICHAEL MILLER, Warden of Crowley County Correctional Facility,

    Respondent.

---

ORDER TO FILE SUPPLEMENT TO PRELIMINARY RESPONSE

---

    As part of the preliminary consideration of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 in this action, the Court ordered Respondent to file a Preliminary Response limited to addressing the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and/or exhaustion of state court remedies.  On September 13, 2013, Respondent filed a Preliminary Response, and on October 22, 2013, Applicant filed a Reply to the Preliminary Response.

    Respondent argues in the Preliminary Response that Applicant's incorrect Presentence Investigation Report claim is barred by the one-year limitation period in 28 U.S.C. § 2244(d), and in the alternative unexhausted.  Respondent, however, failed to address Claim Two stated on Page Five of the Application.  Therefore, Respondent will be directed to file a supplement to the Preliminary Response that addresses the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and/or exhaustion of state court remedies as each applies to Claim Two.  Accordingly, it is

ORDERED that **within twenty-one days from the date of this Order** Respondent shall file a supplement to the Preliminary Response that complies with this Order. It is

FURTHER ORDERED that **within twenty-one days of the filing of any supplement to the Preliminary Response** Applicant may file a Reply to the supplement, if he desires.

DATED November 25, 2013, at Denver, Colorado.

                                             BY THE COURT:

                                             s/ Boyd N. Boland
                                             United States Magistrate Judge