IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01867-BNB

OLOYEA D. WALLIN, a.k.a. DONALD OLOYEA, a.k.a. OLOYEA WALLIN,

    Applicant,

v.

MICHAEL MILLER, Warden of Crowley County Correctional Facility,

    Respondent.

---

ORDER FOR RESPONDENT TO RESPOND TO APPLICANT'S
RESPONSE TO SHOW CAUSE ORDER

---

As part of the preliminary consideration of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 in this action, the Court ordered Applicant to respond and show cause why this action should not be dismissed as a mixed petition. Applicant responded on April 25, 2014, and asserts that Claim One now is exhausted. Respondent will be directed to file a Response and addresses Applicant's newly claimed exhaustion. Accordingly, it is

ORDERED that **within twenty-one days from the date of this Order** Respondent shall file a Response that complies with this Order. It is

FURTHER ORDERED that **within twenty-one days of the filing of any supplement to the Preliminary Response** Applicant may file a Reply to the Response, if he desires.

DATED April 25, 2014, at Denver, Colorado.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge