IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-01867-MSK-CBS

OLOYEA D. WALLIN,

    Petitioner,

v.

MICHAEL MILLER, Warden of Crowley County Correctional Facility,

    Respondent.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a)(1), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order by Chief Judge Marcia S. Krieger (**Doc. #75**) filed on July 6, 2015, adopting the recommendation issued by the Magistrate Judge (**Doc. #73**) it is

ORDERED that:

The Recommendation of Magistrate Judge Shaffer (**Doc. #73**) is **ADOPTED** in accordance with (**Doc. #75**). The case is dismissed.

The case will be closed.

Dated this 6th day July, 2015.

                ENTERED FOR THE COURT:
                JEFFREY P. COLWELL, CLERK


                s/Patricia Glover
                  Deputy Clerk